UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jessica Brown,

          Plaintiff

  v.

FMWCC,

          Defendant

Case No. 2:24-cv-00461-CDS-BNW

**Order Granting Plaintiff's Motion for Voluntary Dismissal**

[ECF No. 4]

    Plaintiff Jessica Brown previously filed an application to proceed *in forma pauperis* and a civil-rights complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. I have not yet screened the complaint.

    Brown now moves to dismiss/discontinue without any prejudice. ECF No. 4. I interpret this as a motion for voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). I grant Brown's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, I dismiss this action without prejudice.

**Conclusion**

    For the foregoing reasons, it is ordered that plaintiff's motion for voluntary dismissal **[ECF No. 4] is granted**.

    It is further ordered that this action is dismissed in its entirety without prejudice. The Clerk of the Court is kindly instructed to close the case.

    Dated: March 19, 2024

_____
United States District Judge